**Mark Houraney**
102 NE 2nd Street #303
Boca Raton, FL 33432
631-827-9388



RECEIVED
JAN 1 5 2010
PRO SE OFFICE

**U.S. District Court**
**Eastern District of New York (Brooklyn)**
CIVIL DOCKET FOR CASE #: 1:08-cv-02688-CBA-LB

January 12, 2010

Magistrate Judge Lois Bloom

Dear Magistrate Bloom:

    Below is the last few docket items that were filed back in 2009. As you can see the question of my Motion to Amend is still outstanding and the question of moving ahead. I filed this case in Florida in June of 2008. It was transferred to your court in September 2008. I respectfully request an explanation of why this is taking so long and when I can expect a decision in order to move on?

Thanks

Respectfully Submitted

/s/ Mark Houraney
Mark Houraney/Pro Se
Plaintiff

*[Handwritten note:]* The Court makes every effort to decide every case expeditiously. Plaintiff will be notified when a decision is issued.   /Signed by Judge Lois Bloom/
1/21/10

| Date | Doc# | Description |
|---|---|---|
| 03/20/2009 | 49 | MOTION / AMENDED COMPLAINT against Burton & Associates, P.C., Bernard Burton; filed by pro se Mark Houraney, dated 3/19/2009. W/Attachments: # 1 Exhibits 1 - 10, # 2 Exhibits 11 - 26. (Latka-Mucha, Wieslawa) (Entered: 03/24/2009) |
| 03/26/2009 | 50 | ORDER: Discovery is now closed. Plaintiff moves to 49 amend his complaint. Defendant may file any opposition to plaintiff's motion to amend by 4/9/2009. Plaintiff may file any reply by 4/23/2009. No further submissions regarding the motion will be considered. Defendant requests that the court "refile" his motion for summary judgment, see letter dated 3/21/2009, which was marked withdrawn by 36 Order dated 1/22/2009. The Court will address defendant's request to refile his motion for summary judgment after deciding plaintiff's motion to amend. So Ordered. (Ordered by Magistrate Judge Lois Bloom, on 3/26/2009) C/mailed. (Latka-Mucha, Wieslawa) (Entered: 03/27/2009) |
| 03/26/2009 | 51 | Letter MOTION for Summary Judgment; *filed* by Bernard Burton, dated 3/21/2009. W/Attachments. (Latka-Mucha, Wieslawa) (Entered: |

| | | |
|---|---|---|
| | | 03/27/2009) |
| 04/07/2009 | 52 | AFFIRMATION in Opposition re 49 MOTION to Amend/Correct/Supplement filed by Bernard Burton. (Abdallah, Fida) (Entered: 04/08/2009) |
| 04/22/2009 | 53 | REPLY to Defts' Opposition to Motion to Amend, filed by Mark Houraney. (Galeano, Sonia) (Entered: 04/24/2009) |
| 06/19/2009 | 54 | **REPORT AND RECOMMENDATION DENYING PLAINTIFF'S MOTION TO AMEND**: Plaintiff's 49 proposed amended complaint fails to state a claim of fraud. Allowing plaintiff to amend his complaint would therefore be futile and would prejudice defendants. Accordingly, plaintiff's motion to amend the complaint should be denied. The parties shall have 10 days from service of this Report to file written objectives. SO ORDERED. (Ordered by Magistrate Judge Lois Bloom on 6/19/2009) C/mailed. *Objections to R&R due by 7/9/2009.* (Latka-Mucha, Wieslawa) (Entered: 06/22/2009) |
| 06/29/2009 | 55 | MOTION / Letter dated 6/25/09 from Mark Houraney to USMJ Bloom, requesting an additional 20 days to respond to the Report and Recommendation. (Galeano, Sonia) (Entered: 07/01/2009) |
| 07/02/2009 | 56 | ORDER endorsed on doc.# 55 : The application is granted. Plaintiff shall file any objections by JULY 15, 2009. NO FURTHER EXTENSION. SO ORDERED. (Ordered by Magistrate Judge Lois Bloom, on 7/2/2009) C/mailed. (Latka-Mucha, Wieslawa) (Entered: 07/02/2009) |
| 07/15/2009 | 57 | OBJECTION to 54 Report and Recommendation; filed by pro se Mark Houraney, dated 7/13/2009. W/Certificate of Service. (Latka-Mucha, Wieslawa) (Entered: 07/20/2009) |
| 07/27/2009 | 58 | RESPONSE To Plaintiff's 57 Opposition To Report And Recommendation Denying Plaintiff's Motion To Amend; filed by Bernard Burton, dated 7/24/2009. (Latka-Mucha, Wieslawa) (Entered: 08/05/2009) |

Cc: Bernard Burton/Burton & Associates