UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARK HOURANEY
    Plaintiff,

-against-

BURTON & ASSOCIATES, P.C. and
BERNARD BURTON,

    Defendants.
----------------------------------------------------------X

NOT FOR PUBLICATION
ORDER

08-CV-2688 (CBA) (LB)

AMON, United States District Judge:

Plaintiff filed this action on April 25, 2008 in the United States District Court, Southern District of Florida alleging breach of contract, negligence and legal malpractice. On June 30, 2008, the case was transferred to this Court. On March 20, 2009, after the close of discovery, plaintiff moved to amend the complaint to include a claim for fraud.

On June 19, 2009, the Honorable Lois Bloom, United States Magistrate Judge, issued a Report and Recommendation ("R&R") recommending pursuant to 28 U.S.C. § 636(b) that plaintiff's motion to amend should be denied. Plaintiff filed timely objections to the R&R.

The Court reviews Magistrate Judge Bloom's R&R de novo. See Fed. R. Civ. P. 72(b); The European Community v. RJR Nabisco, Inc., 134 F. Supp. 2d 297, 302 (E.D.N.Y. 2001). The Court has reviewed the R&R and finds plaintiff's objections without merit.

Accordingly, the Court adopts the R&R dated June 19, 2009 as the opinion of the Court.

SO ORDERED.

Dated: Brooklyn, New York
      February 18, 2010

/Signed by Judge Amon/

Carol Bagley Amon
United States District Judge