UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARK HOURANEY,

                Plaintiff,

      - against -

BURTON & ASSOCIATES, P.C. and
BERNARD BURTON,

                Defendants.

----------------------------------------------------------------X

**ORDER**
**08 CV 2688 (CBA)(LB)**

**BLOOM, United States Magistrate Judge:**

By Order dated March 26, 2009, the Court stated it would address defendant Burton's request to re-file his motion for summary judgment once the Court had decided plaintiff's motion to amend. See docket entry 50. Plaintiff's motion to amend has been denied. See docket entry 61 (adopting Report and Recommendation). The Court sets the following summary judgment briefing schedule: defendant shall serve his motion for summary judgment on plaintiff by March 23, 2010;[1] plaintiff shall serve his opposition to defendant's motion for summary judgment by April 23, 2010; defendant shall serve any reply and both parties shall file their respective papers with the Court by May 7, 2010. No papers shall be filed by either side until the motion is fully briefed on May 7, 2010.

SO ORDERED.

                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: February 23, 2010
        Brooklyn, New York

---

[1] Defendant must provide plaintiff with the requisite notice pursuant to Rule 56.2 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York.